# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

v.                                        CASE NO. 4:10cv31-RH/WCS

BOARD OF COMMISSIONERS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 4) and the objections (document 9). I have reviewed de novo the issues raised by the objections. The plaintiff has not paid the filing fee or filed a properly support motion for leave to proceed in forma pauperis. And leave to proceed in forma pauperis would not be granted even if the plaintiff filed a motion establishing her financial eligibility, because the complaint is so plainly unfounded. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without

prejudice." The clerk must close the file.

SO ORDERED on April 2, 2010.

<u>s/Robert L. Hinkle</u><br>
United States District Judge